COURTNEY M. GACCIONE, ESSEX COUNTY COUNSEL
By:  Alan Ruddy, Esq., Assistant County Counsel
Attorney ID#002411975
Office of the Essex County Counsel
Hall of Records, Room 535, 465 Dr. Martin Luther King, Jr., Blvd., Newark, NJ 07102
(973) 621-5021
(Attorney for Defendant, County of Essex, improperly pled as Essex County
Department of Corrections )_____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(NEWARK)**

|  |  |  |
|---|---|---|
|  |  | Civil Action No. |
|  |  | Removed from: |
|  | : | SUPERIOR COURT OF NEW JERSEY |
|  | : | LAW DIVISION:  ESSEX  COUNTY |
|  | : | DOCKET NO. ESX-L-000843-18 |
| KERRI F. KELLERMAN, | : |  |
|  | : |  |
| Plaintiff, | : | Civil Action |
| vs. | : |  |
|  | : | **NOTICE OF REMOVAL** |
| ESSEX COUNTY DEPARTMENT | : |  |
| OF CORRECTIONS, et al. | : |  |
|  | : |  |
|  | : |  |
| Defendants. | : |  |
| _____ | : |  |

To:          Clerk of the United States District Court
             District of New Jersey
             Martin Luther King, Jr., Courthouse
             50 Walnut Street
             Newark, NJ  07101


On Notice to:     Clerk, Essex County Superior Court
                  Civil Law Division Filing
                  50 West Market Street, Rm. 131
                  Newark, NJ  07102


                  Kerri F. Kellerman
                  106 Harrison Street, Apt. 709
                  East Orange, NJ   07018

SIR/MADAM:

**PLEASE TAKE NOTICE** in accordance with 28 U.S.C. §§ 1441-1451,

defendants, County of Essex, hereby give notice that they have removed the above-

entitled case from the Superior Court of New Jersey, Essex County, to the United

States District Court for the District of New Jersey.  In support of this notice, defendant

states the following:

1.   The within matter was commenced by Kelly F. Kellerman, in the Superior

Court of New Jersey, Essex County, Docket No. ESX-L-000843-18.   The County of

Essex was served on March 9, 2018.

2.  The United States District Court has original jurisdiction of the above-

captioned civil action pursuant to 28 U.S.C. §§ 1331 because the cause of action

brought by plaintiff involve a federal question.

3.   True copies of the Summons and Complaint, which comprise all pleadings

and orders served upon the above defendants in this action, are attached hereto as

**Exhibit A**.

4.   This removal is timely under 28 U.S.C. § 144(b) in that it was filed within

Thirty (30) days of defendants of acceptance of the complaint.

5.   Defendants seeks removal of the within matter pursuant to 28 U.S.C. § 1441

because the Complaint alleges causes of action under federal law and/or the United

States Constitution, including the Fourteenth Amendment to the United States

Constitution and 42 U.S.C. § 1983.  (See Exhibit A).

6.  No previous petition or notice has been made for the relief sought herein.

7.  A Notice of Filing Petition will be filed with the Clerk of the Superior Court of New Jersey in Trenton and the Clerk of the Superior Court of New Jersey in Essex County.    Additionally, a copy of both Notices will be served upon plaintiff.

**WHEREFORE**, defendant, County of Essex, respectfully gives notice that the above-matter is removed to the United States District Court for the District of New Jersey from the Superior of New Jersey, Law Division, Essex County.


Courtney M. Gaccione
Essex County Counsel
(Attorney for defendant,
County of Essex)


*s/Alan Ruddy*_____
Alan Ruddy, Esq.
Assistant County Counsel

Dated: March 21, 2018