COURTNEY M. GACCIONE, ESSEX COUNTY COUNSEL
By: Alan Ruddy, Esq., Assistant County Counsel
Attorney ID#002411975
Office of the Essex County Counsel
Hall of Records, Room 535, 465 Dr. Martin Luther King, Jr., Blvd., Newark, NJ 07102
(973) 621-5021
(Attorney for Defendant, County of Essex, improperly pled as Essex County Department of Corrections )

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK)

|  |  |
|---|---|
| KERRI F. KELLERMAN, | Civil Action No.<br>Removed from:<br>:SUPERIOR COURT OF NEW JERSEY<br>:LAW DIVISION: ESSEX COUNTY<br>:DOCKET NO. ESX-L-000843-18 |
| Plaintiff, | Civil Action |
| vs. | |
| ESSEX COUNTY DEPARTMENT<br>OF CORRECTIONS, et al. | **NOTICE OF FILING PETITION<br>TO UNITED STATES DISTRICT<br>COURT FOR THE DISTRICT OF<br>NEW JERSEY FOR REMOVAL<br>28 U.S.C. §1446(d)** |
| Defendants. | |

To:  Clerk of the United States District Court
     District of New Jersey
     Martin Luther King, Jr., Courthouse
     50 Walnut Street
     Newark, NJ  07101

On Notice to:  Clerk, Essex County Superior Court
               Civil Law Division Filing
               50 West Market Street, Rm. 131
               Newark, NJ  07102

               Kerri F. Kellerman
               106 Harrison Street, Apt. 709
               East Orange, NJ  07018

SIR/MADAM:

PLEASE TAKE NOTICE that the defendant, County of Essex, on this      day of             ,2018, filed a Notice of Removal, a copy of which is attached hereto, in the United States District Court for the District of New Jersey, to remove the above-captioned matter from the Superior Court of New Jersey, Essex County, to the United States District Court for the District Court of New Jersey.

You are also advised that the defendants, upon filing of said Notice of Removal, filed a copy of the Notice with all counsel of whom defendants have notice has filed pleadings in this case.

                                                Courtney M. Gaccione
                                                Essex County Counsel
                                                (Attorney for defendant,
                                                County of Essex)

                                                *s/Alan Ruddy*_____
                                                Alan Ruddy
                                                Assistant County Counsel

Dated:  March 21, 2018

## CERTIFICATION OF SERVICE

I hereby certify that the original of the Notice of Petition to the Clerk of the United States District for the District of New Jersey for the Removal and the Notice of Removal were filed with Clerk of the United States District Court for the District of New Jersey, Newark Vicinage, and the Clerk of the Superior Court of New Jersey, Civil Division, and counsel of record within the time prescribed by the rules of Court.

                                                                             *s/Alan Ruddy*  
                                                                             Alan Ruddy  
                                                                             Assistant County Counsel

Dated:  March 21, 2018