UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KERRI F. KELLERMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>City of East Orange; County of Essex; Alfaro Ortiz, Director of Essex County Department of Corrections, *in his individual capacity*; David Boyd, Deputy Director of Essex County Department of Corrections, *in his individual capacity*; Charles E. Green, Warden of Essex County Correctional Facility, *in his individual capacity*; John and Jane Doe Police Officers #1-10, *in their individual capacities*; John and Jane Doe Corrections Officers #1-20, *in their individual capacities*; *and* John and Jane Doe CFG Employees #1-5, *in their individual capacities*.<br><br>*Defendants*. | Civil Action No. 2:18-4124 (MCA) (MAH) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action that all claims, counterclaims, and cross-claims in the above-captioned action are hereby dismissed with prejudice and without costs or attorney's fees, pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties agree that the Court shall retain

36279/2
2/3/2022 209880219.2

jurisdiction over this action and over the parties for the limited purpose of enforcement of the terms of the Settlement Agreement.

**Lowenstein Sandler LLP**
*Counsel for Kerri F. Kellerman*

*/s/ Natalie J. Kraner*
Natalie J. Kraner, Esq.

**Assistant Essex County Counsel**
*Counsel for County of Essex Defendants*

*/s/ Alan Ruddy*
Alan Ruddy, Esq.

**The Law Office of Christopher M. Pisacane, LLC**
*Counsel for The City of East Orange*

*/s/ Christopher M. Pisacane*
Christopher M. Pisacane

Dated:  February 3, 2022

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 2/15/22

-2-